# EXHIBIT A





| | | | | |
|---|---|---|---|---|
| **ZHONE PING** • zhoneping@gmail.com | | **Vendor** | | **Version** |
| **File Name** | SL-23003R8-LF_CN_CHK_Reg_2.25oz_080121_FIN_OL.ai | **JPP** | | **1** |
| **Date** | 08/1/2021 | | | |
| **Project** | Cup Noodles Chicken Flavor Regular 2.25oz | **Colors:** 6 Colors | | |
| **Description** | RSPO & Bioengineer update, Manf Statement | | | |
| **Bar Code #** | 0 70662 03003 5 | Cyan, Magenta, Yellow, Black, Nissin Red, Pantone 165C, White Subtract | | |
| **Part #** | SL-23003R7-LF | | | |
| **Artwork Size** | 387mm x 93mm | | | |
| **Base Artwork** | SL-23003R7-LF_CN_CHK_Reg_2.25oz_ver6.ai | | | |