UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
STEPHANIE HENRY, individually and on behalf
of all others similarly situated,

                                JUDGMENT
                                22-CV-363 (NGG) (RER)

                Plaintiff,

                v.

NISSIN FOODS (U.S.A.) CO. Inc.,

                Defendant.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 17, 2023, granting Defendant's motion to dismiss the Complaint in its entirely; dismissing all of Plaintiffs claims with prejudice; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss the Complaint is granted in its entirely; and that all of Plaintiffs claims are dismissed with prejudice.

Dated: Brooklyn, NY                                        Brenna B. Mahoney
      March 21, 2023                                       Clerk of Court

                                                        By:    /s/*Jalitza Poveda*
                                                                Deputy Clerk